# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PEAK INTERESTS, LLC, a Colorado Limited Liability Company,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>TARA HILLS VILLAS, INC., a Nebraska Corporation,  )<br>)<br>Defendant.  ) | 8:06CV747<br><br>ORDER |

This matter is before the court on defendant's Motion for Leave to File Amended Answer and Counterclaim [16]. Response time has passed, and the court has not received a response in opposition to the motion. Upon review of the proposed amended pleading, the court finds that defendant's motion should be granted.

**IT IS ORDERED:**

1. Defendant's Motion for Leave to File Amended Answer and Counterclaim [16]. is granted. Defendant shall file and serve the amended pleading no later than **June 15, 2007.**

2. Responses to the Amended Answer and Counterclaim shall be filed within the time allowed by Fed. R. Civ. P. 15(a).

**DATED June 5, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**