# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PEAK INTERESTS, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:06CV747** |
| vs. | ) | |
| | ) | **ORDER** |
| **TARA HILLS VILLAS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on defendant's motion for an extension of time in which to file discovery motions [53]. The final pretrial conference is set for October 15, 2007. Consequently, this motion requires an expedited ruling. The court finds that the defendant should be given until and including **Thursday, September 27, 2007** to file any motions to compel compliance with defendant's Rule 34(a) Inspection request, Third Set of Interrogatories or Third Set of Requests for Production of Documents. Strict compliance with NECivR 7.1(i) will be required.

**IT IS ORDERED** that defendant's motion [53] is granted, as follows:

1. Defendant is given until and including **September 27, 2007** to file, **if necessary**, any motions to compel compliance with defendant's Rule 34(a) Inspection request, Third Set of Interrogatories, or Third Set of Requests for Production of Documents.

2. Plaintiff shall respond to any motion filed pursuant to this order within five (5) business days of being served with the motion.

**DATED September 21, 2007.**

                                                **BY THE COURT:**

                                                **s/ F.A. Gossett**
                                                **United States Magistrate Judge**