**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **PEAK INTERESTS, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:06CV747** |
| vs. ) | |
| ) | **SCHEDULING ORDER** |
| **TARA HILLS VILLAS, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

As discussed during the final pretrial conference on October 15, 2007, it will be necessary for Judge Smith Camp to identify the specific issues of fact that will be submitted to the jury at trial.

**IT IS ORDERED:**

1. Plaintiff is given until and including **October 29, 2007** to file a Motion and brief specifically identifying all issues it contends should be submitted to the jury and the legal bases for the requests.

2. Defendant is given until **November 5, 2007** to file a responsive brief.

**DATED October 15, 2007.**

                **BY THE COURT:**

                s/ F.A. Gossett
                **United States Magistrate Judge**