IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PEAK INTERESTS, LLC, a Colorado Limited Liability Company,** | ) ) ) | **CASE NO. 8:06CV747** |
| **Plaintiff,** | ) ) | |
| | ) | **ORDER** |
| **V.** | ) ) | |
| **TARA HILLS VILLAS, Inc., a Nebraska Corporation,** | ) ) ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Joint Motion to Extend Time for Filing Motions for Summary Judgment. The Court has reviewed the parties' request for an additional 10 days and finds that it should be granted.

IT IS ORDERED:

1. The Joint Motion to Extend Time (Filing No. 95) is granted;

2. The revised deadline for filing motions for summary judgment is Monday, December 24, 2007.

DATED this 10th day of December, 2007.

          BY THE COURT:

          s/Laurie Smith Camp
          United States District Judge