IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PEAK INTERESTS, LLC,** a Colorado Limited Liability Company, | CASE NO. 8:06CV747 |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| **TARA HILLS VILLAS, INC.,** a Nebraska Corporation, | |
| Defendant. | |

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice. The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that it should be approved. Accordingly,

IT IS ORDERED:

1. The parties' Stipulation for Dismissal (Filing No. 141) is granted;

2. The Complaint and all claims in this action are dismissed with prejudice; and

3. The parties shall pay their own costs and attorneys' fees.

DATED this 28th day of April, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge